IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL P. ORTIZ, | ) | No. C 12-1286 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | ) ) | |
| WARDEN R.H. TRIMBLE, | ) ) | |
| Respondent. | ) ) | (Docket No. 20) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 1, 2012, the Court ordered Respondent to show cause why the writ should not be granted. (Docket No. 5.) On July 13, 2012, Respondent filed an response to the order to show cause. (Docket No. 9.) Petitioner has filed a motion for an extension of time to file a traverse. (Docket No. 20.)

Good cause appearing, Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than thirty (30) days** after the filing date of this order.

This order terminates docket no. 20.

IT IS SO ORDERED.

DATED: 8/22/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Ortiz286eot_traverse.wpd